IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr7-MHT** |
| | ) | **(WO)** |
| **JAMES BERNARD MATTHEWS** | ) | |

**SUPPLEMENTAL ORDER ON
CONDITIONS OF SUPERVISED RELEASE**

In accordance with, and in addition to, the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Upon commencement of supervised release, The United States Probation Office shall arrange for defendant James Bernard Matthews to receive mental-health treatment in accordance with the recommendations of Dr. Peggy Flanagan. *See* Psychological Evaluation (Doc. 40-1) at 10-11. Specifically, the Probation Office shall arrange for defendant Matthews to see Dr. Kale Kirkland at least twice each month to receive one-on-one mental-health treatment and counseling, with a focus on developing necessary skills to live outside of prison in the free

world and to cope appropriately with the stressors of daily life without resorting to crime or substance abuse.  In addition to treatment and counseling with that focus, Dr. Kirkland may, based on his professional judgment, also include sobriety-based therapy and therapy focused on resolving childhood familial trauma (including cognitive behavioral therapy or eye movement desensitization and reprocessing) as part of defendant Matthews's ongoing treatment.

(2) The United States Probation Office shall provide a copy of Dr. Peggy Flanagan's Psychological Evaluation (Doc. 40-1) to Dr. Kirkland.

(3) The United States Probation Office shall make any necessary arrangements for defendant Matthews to participate in a substance-abuse support group such as Narcotics Anonymous at least weekly and to secure a sponsor.

(4) A status conference by telephone is set for March 7, 2023, at 9:00 a.m., to discuss the defendant's

performance on supervision and whether any of the conditions of supervised release should be amended. The courtroom deputy shall arrange for the call.

DONE, this the 9th day of September, 2022.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE