IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr7-MHT** |
| | ) | **(WO)** |
| **JAMES BERNARD MATTHEWS** | ) | |

**ORDER**

Based on the representations made on the record at a telephonic status conference on March 7, 2023, and because it appears that defendant James Bernard Matthews is now performing well on supervised release, it is ORDERED that the court will not take any further action at this time.

DONE, this the 7th day of March, 2023.

                                                  /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**